RECEIVED
FEB - 7 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN LEE SIGLER, Plaintiff | DOCKET NO. 1:18-CV-1253; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| NATCHITOCHES PARISH DETENTION CENTER, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims are **DENIED** and **DISMISSED** under §§ 1915(e)(2)(b) and 1915A, **with prejudice** to being asserted again until the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 7th day of FEBRUARY, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE